**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF NEW YORK

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Lisbon Grill Ltd. |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 88-3557447 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 399 Jericho Turnpike  Jericho, NY 11753  Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Nassau  County | Location of principal assets, if different from principal place of business  Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor __Lisbon Grill Ltd.__                                      Case number (*if known*) _____
       Name

| | | |
|---|---|---|
| 7. | Describe debtor's business | A. *Check one:* |

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7225__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor __Lisbon Grill Ltd._____ Case number (*if known*) _____
      Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____ When _____ Case number, if known _____

11. **Why is the case filed in this district?**

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
       Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than100,000

15. **Estimated Assets**

    ■ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000
    ☐ $1,000,001 - $10 million
    ☐ $500,000,001 - $1 billion

---

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 3

Debtor  __Lisbon Grill Ltd.__                                                    Case number (*if known*) _____
        Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Lisbon Grill Ltd.**  
Name  

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/24/2024  
MM / DD / YYYY

X _/s/_  
Signature of authorized representative of debtor

**Maximilan Fink**  
Printed name

Title  **President**

**18. Signature of attorney**

X _/s/_  
Signature of attorney for debtor

Date  5/29/2024  
MM / DD / YYYY

**Marc A. Pergament**  
Printed name

**Weinberg, Gross & Pergament LLP**  
Firm name

**400 Garden City Plaza**  
**Suite 309**  
**Garden City, NY 11530**  
Number, Street, City, State & ZIP Code

Contact phone  (516) 877-2424    Email address  mpergament@wgplaw.com

Bar number and State

Fill in this information to identify the case:
Debtor name | Lisbon Grill Ltd.
United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fox Linen Service 200 Wilson Street, D4 Port Jefferson Station, NY 11776 | | Goods | | | | $10,000.00 |
| Gra-Bar Fish 100 Court Street Copiague, NY 11726 | | Goods | | | | $3,000.00 |
| Krystal Fruits & Vegetables 300 Michael Drive Syosset, NY 11791 | | Goods | | | | $3,000.00 |
| Lobster Pound 269 Robbins Lane Syosset, NY 11791 | | Goods | | | | $24,000.00 |
| Long Island Soda 11 Evergreen Avenue Patchogue, NY 11772 | | Goods | | | | $1,100.00 |
| Main Street Wholesale Meats 210 Main Street Farmingdale, NY 11735 | | Goods | | | | $4,161.81 |
| Manuel Pinto c/o Lisbon Cafe Grill Corp. 241 Mineola Boulevard, 2A Mineola, NY 11501 | | Purchase Money Loan | | | | $80,000.00 |
| NationalGrid 300 Erie Boulevard West Attn: Bankruptcy Department Syracuse, NY 13202 | | Services | | | | $9,500.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor    **Lisbon Grill Ltd.**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PSEGLI<br>15 Park Drive<br>Melville, NY 11747 | | Services | | | | $6,000.00 |
| Titan Fire Protection Inc.<br>380 Neptune Avenue<br>West Babylon, NY 11704 | | Services | | | | $10,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Lisbon Grill Ltd. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/29/2024     X _____
                              Signature of individual signing on behalf of debtor

**Maximilan Fink**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Lisbon Grill Ltd. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Lisbon Grill Ltd. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Special Procedures**<br>**2 MetroTech Center**<br>**Brooklyn, NY 11201**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | To be determined | |
| 2.2 | Priority creditor's name and mailing address<br>**NYS Dept. of Taxation & Finance**<br>**Bankruptcy Unit**<br>**P.O. Box 5300**<br>**Albany, NY 12205-0300**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br>**Sales Tax**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | To be determined | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **Lisbon Grill Ltd.**    Case number (if known) _____
         Name

| | | | |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**399 East Jericho Turnpike LLC**<br>**25 Redground Road**<br>**Roslyn Heights, NY 11577**<br>Date(s) debt was incurred  2016<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Rent**<br>Is the claim subject to offset? ■ No  ☐ Yes | $135,000.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Fox Linen Service**<br>**200 Wilson Street, D4**<br>**Port Jefferson Station, NY 11776**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Goods**<br>Is the claim subject to offset? ■ No  ☐ Yes | $10,000.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Gra-Bar Fish**<br>**100 Court Street**<br>**Copiague, NY 11726**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Goods**<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,000.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Krystal Fruits & Vegetables**<br>**300 Michael Drive**<br>**Syosset, NY 11791**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Goods**<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,000.00 |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Lobster Pound**<br>**269 Robbins Lane**<br>**Syosset, NY 11791**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Goods**<br>Is the claim subject to offset? ■ No  ☐ Yes | $24,000.00 |
| 3.6 | Nonpriority creditor's name and mailing address<br>**Long Island Soda**<br>**11 Evergreen Avenue**<br>**Patchogue, NY 11772**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Goods**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,100.00 |
| 3.7 | Nonpriority creditor's name and mailing address<br>**Main Street Wholesale Meats**<br>**210 Main Street**<br>**Farmingdale, NY 11735**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Goods**<br>Is the claim subject to offset? ■ No  ☐ Yes | $4,161.81 |

Debtor  **Lisbon Grill Ltd.**                                              Case number (if known) _____
              Name

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Manuel Pinto<br>c/o Lisbon Cafe Grill Corp.<br>241 Mineola Boulevard, 2A<br>Mineola, NY 11501<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Purchase Money Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$80,000.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>NationalGrid<br>300 Erie Boulevard West<br>Attn: Bankruptcy Department<br>Syracuse, NY 13202<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,500.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>PSEGLI<br>15 Park Drive<br>Melville, NY 11747<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,000.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Titan Fire Protection Inc.<br>380 Neptune Avenue<br>West Babylon, NY 11704<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,000.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Workers' Compensation Board State of NY<br>328 State Street<br>Attn: James R. McGinn, Esq.<br>Schenectady, NY 12305-2318<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **2022** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$45,000.00** |

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Line **2.1**<br>☐ Not listed. Explain ___ | __ |
| 4.2 | John B. Turano, Esq.<br>224 Nassau Boulevard<br>Garden City, NY 11530 | Line **3.1**<br>☐ Not listed. Explain ___ | __ |

Debtor    **Lisbon Grill Ltd.**                                      Case number (if known)
          Name

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | NationalGrid<br>One MetroTech Center, 16th Floor<br>Brooklyn, NY 11201 | Line **3.9**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | NationalGrid<br>P.O. Box 11791<br>Newark, NJ 07101-4791 | Line **3.9**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | State of New York<br>Office of Attorney General<br>28 Liberty Street, 1st Floor<br>New York, NY 10005 | Line **2.2**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | U.S. Department of Justice<br>Tax Division<br>Box 55<br>Ben Franklin Station<br>Washington, DC 20044 | Line **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | United States Attorney<br>Chief of Civil Division<br>271 Cadman Plaza<br>Brooklyn, NY 11201 | Line **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.8 | United States Attorney's Office<br>Eastern District of New York<br>610 Federal Plaza, 5th Floor<br>Attn:  Long Island Bankruptcy Processing<br>Central Islip, NY 11722-4454 | Line **2.1**<br>☐ Not listed. Explain ____ | __ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 330,761.81 |
| 5c. Total of Parts 1 and 2<br>      Lines 5a + 5b = 5c. | 5c.   $ | 330,761.81 |

# United States Bankruptcy Court
## Eastern District of New York

In re  **Lisbon Grill Ltd.**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Lisbon Grill Ltd.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

___5/29/2024___
Date

_____
Marc A. Pergament
Signature of Attorney or Litigant
Counsel for  **Lisbon Grill Ltd.**
Weinberg, Gross & Pergament LLP
400 Garden City Plaza
Suite 309
Garden City, NY 11530
(516) 877-2424 Fax:(516) 877-2460
mpergament@wgplaw.com